IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANDREW DOYLE PARKER and            *
ERIN FAITH PARKER,                 *
                                   *
        Plaintiffs,                *
                                   *          CV 624-022
        v.                         *
                                   *
CAVALIER HOME BUILDERS,            *
LLC, et al.,                       *
                                   *
        Defendants.                *
                                   *

O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 39.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA